RECEIVED

MAY 26 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

PD-0686-15

No: 02-13-319-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 04 2015

Abel Acosta, Clerk

Michael Oliver Smith ) IN The Court Of Criminal Appeals
VS. ) for The State of TEXAS Sitting At
The State Of Texas ) Fort. Worth, TEXAS

Motion For Extension of Time To File Petition for Discretionary Review

FILED IN
COURT OF CRIMINAL APPEALS

JUN 04 2015

Abel Acosta, Clerk

To The Honorable Court of Criminal Appeals:

Come Now the Petitioner, Michael Oliver Smith, pro se, and moves the court to extend the time to file his petition and in support would show:

The petition for review is due. The Court of Appeals No is 02-13-319-CR. The opinion of the court was delivered on April 9, 2015, the petitioner WAS Notified of opinion affirming trial court's judgment May 18, 2015 The Petitioner hasn't had timely Notice Nor adequate time to file Petition For Discretionary Review.

This is the first motion for extension of time filed by Petitioner. Due to the above Petitioner would ask for an extension of 60 days.

Wherefore, Premises Considered, Appellant moves the court to extend time for filing his petition for at least 60 days.